# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **CHARLOTTE ANN MOOTY,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | **CIVIL ACTION NO.** _____ |
| **v.** | § | |
| | § | |
| **INTERACTIVE BROKERS GROUP, INC.,** | § | **ELECTRONICALLY FILED** |
| | § | |
| *Defendant*. | | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Interactive Brokers Group, Inc. ("IBKR" or "Defendant"), by and through counsel, hereby removes to the United States District Court for the Northern District of Texas the case styled as *Charlotte Ann Mooty v. Interactive Brokers Group, Inc.*, No. 048-340226-23, in the District Court of Tarrant County, Texas, 48th Judicial District ("the State Court Action"). The case is properly removable as complete diversity of citizenship exists and the amount in controversy exceeds $75,000.

## THE STATE COURT ACTION

1. On or about February 14, 2023, Plaintiff initiated the State Court Action with the filing of Plaintiff's Original Petition.

2. On February 22, 2023, Defendant was served with a copy of the Plaintiff's Original Petition and Citation.

## APPENDIX OF DOCUMENTS

3. Pursuant to Local Rule 81.1, IBKR attaches hereto **Exhibit A – Appendix of Documents** being filed in support of the Notice of Removal.

## **GROUNDS FOR REMOVAL**

4. This case is properly removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441 because it is a civil action in which the amount in controversy exceeds $75,000, exclusive of costs and interest, between citizens of different states.

**A.   The amount in controversy exceeds the federal minimum jurisdictional requirement.**

5. Plaintiff's Original Petition seeks monetary relief over $1,000,000. (Orig. Pet. at ¶ 6.). Plaintiffs have therefore put an amount into controversy that exceeds $75,000.

**B.   This is a civil action between citizens of different states.**

6. Complete diversity of citizenship exists between the Parties. 28 U.S.C. § 1332(a).

7. Plaintiff is a citizen of Texas. (Orig. Pet. at ¶ 3). Plaintiff's Original Petition alleges that, at all times during this dispute, Plaintiff resided at 6590 Stone Creek Dr., North Richland Hills, Texas 76182, Tarrant County, Texas.

8. Defendant Interactive Brokers Group, Inc. is not a citizen of Texas. Plaintiff's Original Petition correctly states that at the time of the facts alleged in this action and at the time this action was commenced, IBKR was incorporated under the laws of the State of Delaware, and IBKR presently remains incorporated under the laws of the State of Delaware. (Orig. Pet. at ¶ 4). IBKR's principal place of business was, at the time of the facts alleged in this action and at the time this action commenced, and remains today, located at One Pickwick Plaza, Greenwich, CT 06830. IBKR is therefore a citizen of the State of Delaware and the State of Connecticut. 28 U.S.C. § 1332(c).

9. Thus, the case is properly removable pursuant to 28 U.S.C. 1441(b).

## PROCEDURAL REQUIREMENTS

10. Defendant files this Notice of Removal within thirty (30) days after service of the Plaintiff's Original Petition and the Citation on IBKR. Removal is therefore timely under 28 U.S.C. § 1446(b).

11. The Northern District of Texas is the District Court of the United States for the District within which the State Court Action is pending. Accordingly, this action is properly removed to the Northern District of Texas.

12. Pursuant to 28 U.S.C. § 1446(a), copies of all process and pleadings relating to this case and previously filed with the 48th Judicial District Court of Tarrant County, Texas, are attached hereto in an Appendix to Notice of Removal and are incorporated herein by reference.

13. Pursuant to 28 U.S.C. § 1446(d), IBKR has provided the requisite notice to Plaintiff and will promptly file a copy of the Notice with the Clerk of the 48th Judicial District Court of Tarrant County, Texas.

14. Pursuant to Local Rule 81.1, the materials required to be filed upon removal are attached hereto in an Appendix to Notice of Removal and are incorporated herein by reference.

15. IBKR hereby gives notice that the State Court Action is removed from the District Court of Tarrant County, Texas, 48th Judicial District to the United States District Court for the Northern District of Texas, Fort Worth Division.

## PRAYER

Defendant respectfully prays that this Court take jurisdiction of this action to its conclusion and to final judgment to the exclusion of any further proceedings in Tarrant County District Court, and for any such other or further relief to which it may show itself justly entitled.

DATE:  March 22, 2023                    Respectfully submitted,


                                                         By:   */s Jonathan Neerman*
                                                              Jonathan D. Neerman
                                                              Texas Bar No. 24037165
                                                              jneerman@jw.com
                                                              Sarah J. Starr
                                                              State Bar No. 24132203
                                                              sstarr@jw.com

                                                  JACKSON WALKER LLP
                                                  2323 Ross Avenue, Suite 600
                                                  Dallas, Texas  75201
                                                  Telephone:  214.953.5664
                                                  Facsimile:  214.661.6899

                                                  **ATTORNEYS FOR DEFENDANT**
                                                  **INTERACTIVE BROKERS GROUP, INC.**


## **CERTIFICATE OF SERVICE**

This is to certify that on this 22nd day of March, 2023, a true and correct copy of the foregoing instrument was served upon all counsel of record via the Court's electronic filing service.


                                                              */s Jonathan Neerman*
                                                              Jonathan Neerman